**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JEANNIE SADLER, | Case No.: **CV 09-8384-DMG(MANx)** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | **JS-6** |
| NATIONAL CREDIT SYSTEMS, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. All pretrial and trial dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: June 3, 2010

_____
Dolly M. Gee
United States District Judge

1